|  | IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA |

TIMOTHY OWENS,

        Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5405

Opinion filed May 23, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Timothy Owens, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

THOMAS, WINOKUR, and JAY, JJ., CONCUR.